May 8, 1972.

M. P. No. 1780. *In re* APPLICATION OF LOCAL 799, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, FOR APPOINTMENT OF ARBITRATOR. Application of petitioner considered by Chief

Justice Roberts and John J. Hall appointed third member and chairman of arbitration board under provisions of G.L. 1956, §28-9.1-8, as amended. *John P. Hawkins,* for applicant.